**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

## THE STATE OF SOUTH CAROLINA
### In The Court of Appeals

The State, Respondent,

v.

Dennis Temple, Appellant.

Appellate Case No. 2011-182806

_____

Appeal From Oconee County
J. Cordell Maddox, Jr., Circuit Court Judge

_____

Unpublished Opinion No. 2013-UP-350
Submitted August 1, 2013 – Filed September 11, 2013

_____

**APPEAL DISMISSED**

_____

Appellate Defender Wanda H. Carter, of Columbia; and Dennis Temple, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Salley W. Elliott, both of Columbia, for Respondent.

_____

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**SHORT, WILLIAMS, and THOMAS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.